IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| In re: <br> Jeffrey Lloyd Ochab, <br><br> *Debtor(s)*. | Case No: 16-12205 <br> Chapter: 13 |
|---|---|
| Jeffrey Lloyd Ochab, <br><br> *Plaintiff(s)*, <br><br> v. <br><br> Covington Credit of Alabama, Inc., et al., <br><br> *Defendant(s)*. | AP No. 16-01141 |

## JOINT NOTICE OF STIPULATED DISMISSAL

**COME NOW** Plaintiff, Jeffrey Lloyd Ochab, and Defendants, Covington Credit of Alabama, Inc. and Southern Management Corporation (collectively, "Parties"), by and through each Party's respective counsel, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., as made applicable to this adversary proceeding by Rule 7041, Fed. R. Bankr. P., and jointly stipulate to the dismissal, *with prejudice*, of all claims by and between the Parties hereto, with all costs, expenses and fees taxed as paid by the Parties.

The undersigned counsel represents that he has the express consent and permission of Joshua Threadcraft, Counsel for Defendants, Covington Credit of Alabama, Inc. and Southern

1

Management Corporation, to affix his electronic signature hereon, and that the Parties have agreed to the terms of this notice.

**WHEREFORE**, the premises considered, the Parties respectfully request that this Honorable Court or the Clerk of this Honorable Court enter an Acknowledgment of this Joint Notice of Stipulated Dismissal with Prejudice.

**RESPECTFULLY SUBMITTED** on October 13, 2017.

*s/Anthony Brian Bush*
Anthony Brian Bush, Esq.

*s/Joshua Threadcraft*
Joshua Threadcraft, Esq.

| | |
|---|---|
| **OF COUNSEL TO BROCK & STOUT, LLC:** | **OF COUNSEL:** |
| Anthony B. Bush, Esq. | Joshua H. Threadcraft |
| Counsel for Plaintiff | Counsel for Defendants |
| The Bush Law Firm, LLC | Burr & Forman, LLP |
| 3198 Parliament Circle 302 | 420 N. 20th Street, Suite 3400 |
| Montgomery, Alabama 36116 | Birmingham, AL 35203 |
| Phone: (334) 263-7733 | Telephone: 205-251-3000 |
| Facsimile: (334) 832-4390 | Facsimile: 205-413-8701 |
| Email: anthonybbush@yahoo.com | Joshua.Threadcraft@burr.com |
| abush@bushlegalfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2017, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:
All Parties of Record.

By fax or email:

By first class mail, postage prepaid and properly addressed:

*s/Anthony Brian Bush*
Of Counsel