# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 16-12205 |
| | Chapter 13 |
| Jeffrey Lloyd Ochab, | |
|     Debtor. | |

| | |
|---|---|
| Jeffrey Lloyd Ochab, | |
|     Plaintiff, | |
| | Adversary Proceeding |
| | No. 16-1141 |
| v. | Judge William R. Sawyer |
| Covington Credit of Alabama, Inc., et al., | |
|     Defendant. | |

## ACKNOWLEDGMENT OF JOINT STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, as made applicable by Rule 7041, Federal Rules of Bankruptcy Procedure, this serves as acknowledgment of the parties' joint stipulation of dismissal of this adversary proceeding with prejudice. This adversary proceeding will be closed.

Dated October 16, 2017

                                                Juan-Carlos Guerrero
                                                Clerk of Court

c: All parties